# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| WILFRIDO LUIS ROMERO GUAMAN, <br><br> Petitioner, <br><br> v. <br><br> MATTHEW HLADIK, et al., <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Docket No. 2:25-cv-00623-LEW <br> ) <br> ) <br> ) <br> ) |

## **JUDGMENT**

Pursuant to the Order on Petition for Writ of Habeas Corpus entered by Chief U.S. District Judge Lance E. Walker on December 22, 2025;

The Petition for Writ of Habeas Corpus is granted.

Dated this 22nd day of December, 2025.

                                                     ERIC M. STORMS
                                                   ACTING CLERK

                           By:    /s/ Stacey Graf
                                     Deputy Clerk